IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No 14-cr-00482-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCIO ALEXANDER LOZANO-CRUZ,

    Defendant.

## ORDER

PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

ORDERED that Defendant Marcio Alexander Lozano-Cruz is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 30th day of April 2015.

BY THE COURT:

Judge William J. Martínez
United States District Judge